UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS SEALS,

    Plaintiff,                                                  CASE NO. 10-15054

v.                                                          Hon. Lawrence P. Zatkoff

DEBRA SCUTT, et al.,

    Defendants.
_____/

**OPINION AND ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff filed this case pursuant to 42 U.S.C. § 1983, alleging that Defendants failed to provide him with adequate medical care in violation of the Eighth Amendment. This matter is currently before the Court on Magistrate Judge Mona K. Majzoub's Report and Recommendation (Docket #55), wherein the Magistrate Judge recommends that: (1) Defendant Stevenson's Motion to Dismiss be denied, (2) Defendant Prison Health Services, Inc.'s Motion to Dismiss be granted, and (3) Defendants Scutt, Gardon, Clement, Murphy, Upston, Neff, Edelman, Ives, Aetna Insurance Company, and Correctional Medical Services, Inc. be dismissed from this action. The Court received no objections to the Report and Recommendation.

After a thorough review of the court file and the Report and Recommendation, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of the Court.

Therefore, for the reasons set forth above, the Court hereby ORDERS that:

    (1)    Defendant Stevenson's Motion to Dismiss (Docket #46) is DENIED,

    (2)    Defendant Prison Health Services, Inc.'s Motion to Dismiss (Docket #51) is GRANTED, and

    (3)    Defendants Scutt, Gardon, Clement, Murphy, Upston, Neff, Edelman, Ives, Aetna Insurance Company, and Correctional Medical Services, Inc. are DISMISSED from this action.

IT IS SO ORDERED.

                                                          S/Lawrence P. Zatkoff
                                                          LAWRENCE P. ZATKOFF
Dated: July 31, 2014                                  UNITED STATES DISTRICT JUDGE