## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

NICHOLAS SEALS,

          CIVIL ACTION NO.  10-15054

    Plaintiff,

vs.          HONORABLE VICTORIA A. ROBERTS

DEBRA SCUTT, et al.,          HONORABLE MONA K. MAJZOUB

    Defendants.     /

### ORDER DIRECTING CORIZON HEALTH TO PROVIDE
### UNDER SEAL ADDRESS FOR UNSERVED DEFENDANT K. NIBBELINK

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff's application to proceed *in forma pauperis* has been granted. This matter comes before the Court after service was attempted by the United States Marshals.  On August 18, 2015 Corizon Health sent a letter stating that CMS is not longer a working entity and that Corizon Health is the successor to CMS.  Cozizon Health also stated that it does not have the authority to accept service for CMS former employee K. Nibblelink. The last known address of Defendant K. Nibblelink is needed for the U.S. Marshal to attempt again service of process.

**IT IS THEREFORE ORDERED** that on or before September 15, 2015 Corizon Health is to file under seal, as authorized by E.D. Mich. LR 5.1 and 5.3 and the ECF Filing Policies and Procedures, and pursuant to this Order, the last known address or proper service address for Defendant K. Nibbleink.

### NOTICE TO PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of fourteen days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated:   September 1, 2015        s/ Mona K. Majzoub
MONA K. MAJZOUB
UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

I hereby certify that a copy of this Order was served upon Corizon Health,  Nicholas Seals and Counsel of Record on this date.

Dated: September 1, 2015        s/ Lisa C. Bartlett
Case Manager