UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS SEALS,

      Plaintiff,              CIVIL ACTION NO. 10-cv-15054

  v.                           DISTRICT JUDGE VICTORIA A. ROBERTS

DEBRA SCUTT, et al.,       MAGISTRATE JUDGE MONA K. MAJZOUB

      Defendants.
_____/

**OPINION AND ORDER GRANTING DEFENDANT STEVENSON'S
MOTION FOR LEAVE TO TAKE PLAINTIFF'S DEPOSITION [91]**

This is a prisoner civil rights complaint brought under 42 U.S.C. § 1983. Before the Court is Defendant Vernon Stevenson, M.D.'s Motion for Leave to Take Deposition of Incarcerated Plaintiff. (Docket no. 91.) Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), a party must obtain leave of court to take the deposition of a person confined in prison. Fed. R. Civ. P. 30(a)(2)(b). The court must grant leave to the extent consistent with Rule 26(b)(1) and (2). *Id*. Defendant Stevenson asserts that the taking of Plaintiff's deposition is essential to the preparation of a defense in this case. The Court agrees. Accordingly, Defendant Stevenson's Motion for Leave to Take Deposition of Incarcerated Plaintiff (docket no. 91) is GRANTED.

    **IT IS SO ORDERED**.

**NOTICE TO THE PARTIES**

Pursuant to Federal Rule of Civil Procedure 72(a), the parties have a period of fourteen days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. § 636(b)(1).

Dated:  April 18, 2016			s/ Mona K. Majzoub
				MONA K. MAJZOUB
				UNITED STATES MAGISTRATE JUDGE


## PROOF OF SERVICE

    I hereby certify that a copy of this Order was served upon Plaintiff Nicholas Seals and counsel of record on this date.

Dated:  April 18, 2016			s/ Lisa C. Bartlett
				Case Manager